UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT G. WENDEL, DMD, | ) |
| | ) NO.  CV-10-0028-LRS |
| Plaintiff, | ) |
| | ) ORDER OF DISMISSAL |
| -vs- | ) |
| | ) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut company, | ) ) ) |
| | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties (Ct. Rec. 105) filed March 22, 2011, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice.

The District Court Executive is directed to file this Order, provide copies to counsel, enter judgment in favor of Defendant Travelers Casualty and Surety Company of America, as to all claims in this lawsuit, and **CLOSE THE FILE**.

**DATED** this 25th day of March, 2011.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER