# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROBERT G. WENDEL, DMD,

                Plaintiff,

                  JUDGMENT IN A CIVIL CASE

                v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut company,

CASE NUMBER: CV-10-0028-LRS

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Travelers Casualty and Surety Company of America as to all claims in this lawsuit, pursuant to the Order of Dismissal entered on March 25, 2011, Ct. Rec. 106.

| | |
|---|---|
| March 25, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |