UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT G. WENDEL, DMD,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendant. | NO. CV-10-028-RHW<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

Before the Court is the parties' Stipulated Dismissal of All Claims with Prejudice (ECF No. 125). The parties asks that all claims be dismissed without prejudice and without attorneys' fees and costs.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Dismissal of All Claims with Prejudice (ECF No. 125) is **GRANTED**.

2. The above-captioned case is **dismissed** with prejudice and without attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 9th day of July, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2010\Wendel\dismiss.wpd

**ORDER GRANTING STIPULATED DISMISSAL OF ALL CLAIMS WITH PREJUDICE ~ 1**